JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA
## EASTERN DIVISION

S.A.,

        Petitioner,

      v.

MARKWAYNE MULLIN, et al.,

        Respondents.

No. 5:26-cv-02097-BFM

**JUDGMENT**

Pursuant to the Order Granting Petition (ECF 20), IT IS HEREBY ORDERED, ADJUDGED AND DECREED that the Petition (ECF 1) is granted as to Claim One. Petitioner reports that he has been released from Respondents' custody. (ECF 21 at 2.) The Court therefore directs the Clerk of Court to close this case.

DATED: 05/05/2026

_____
HON. BRIANNA FULLER MIRCHEFF
UNITED STATES MAGISTRATE JUDGE